I. Townsend Burden, Respondent, *v.* James A. Burden et al., Appellants.

(Argued June 21, 1887; decided July 1, 1887.)

*Esek Cowen* and *R. A. Parmenter* for appellants.

*E. Countryman* and *H. A. King* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except Rapallo, J., not voting.
Appeal dismissed.

---

In the Matter of the Laying out and Opening of Hawthorne Avenue, in the City of Yonkers.

(Argued June 22, 1887; decided July 1, 1887.)

*James B. Ludlow* for appellants.

*Joseph F. Daly* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.